IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUINTON CAVER, WILLIE H. SMITH, EL III, AND UNITED STATES, | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 4:20-cv-01299 |
| v. | § § | |
| LSF6 MID-SERVICER HOLDINGS, LLC, LSF6 SERVICE OPERATIONS, LLC, CALIBER HOME LOANS, INC., AND BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, LLP, | § § § § § § § | |
| *Defendants*. | § | |

**JOINT NOTICE OF SETTLEMENT, REQUEST TO CANCEL INITIAL CONFERENCE HEARING, AND REQUEST FOR ABATEMENT OF DEADLINES**

Pursuant to Local Rule 16.3, Plaintiffs, Quinton Caver, Willie H. Smith, El III, and the "United States"[1] (collectively, "**Plaintiffs**"), and Defendants, LSF6 Mid-Servicer Holdings, LLC, LSF6 Service Operations, LLC, and Caliber Home Loans, Inc. (collectively, "**Caliber Defendants**"), (each a "**Party**," collectively the "**Parties**"), file this, their Joint Notice of Settlement, and respectfully show the Court as follows:

### I. Notice of Settlement

1. Plaintiffs, and Caliber Defendants hereby advise the Court that the Parties joined to this Notice have resolved their respective claims that have been asserted in this civil action. The Parties anticipate they will be able to submit to the Court within sixty (60) days closing documentation that resolves all of Plaintiffs' claims, including those directed at Defendant

---

[1] Plaintiffs Quinton Caver and Willie H. Smith, El III, hereby admit that the "United States" is improperly named a Plaintiff in Quinton Caver's and Willie H. Smith, El III's Original Petition filed in the 268th District Court of Fort Bend County, Texas, No. 20-DCV-272267. For the purposes of this Joint Notice of Settlement, Plaintiffs, Willie H. Smith, El III and the "United States" shall be considered one-in-the-same.

Barrett, Daffin, Frappier, Turner & Engel, LLP, in accordance with the terms of the voluntary settlement between the Parties hereto.

## II. Request to Cancel Initial Pre-Trial Hearing & Abatement of Further Deadlines

2. The Parties hereto therefore ask the Court: (a) for a period of sixty (60) days to submit the appropriate documentation to the Court including unopposed dismissal pleadings; (b) that the initial pre-trial and scheduling conference hearing scheduled for July 30, 2020, at 9:30 a.m. be canceled until further notice from the Court; and (c) that the Court abate further deadlines, for a period of 60 calendar days, applicable to this action in the interim or until further notice from the Court. *See* Notice of Resetting (Doc. No. 18).

**JOINTLY SUBMITTED BY AGREEMENT:**

By: */s/ Erick DeLaRue*
Erick DeLaRue
Texas Bar I.D. 24103505
Southern District No. 3087017
*Erick.delarue@delaruelaw.com*
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Phone: (713) 899-6727
Fax: (713) 877-1827

*ATTORNEY FOR PLAINTIFF*
*QUINTON CAVER*

*/s/ Willie H. Smith, El III*
Willie H. Smith, El III
46 Sorrento Way Dr.
Missouri City, Texas 77459
*Plaintiff, Pro-se*

By: */s/ Willie H. Smith, El III*
"United States"
c/o Willie H. Smith, El III
46 Sorrento Way Dr.
Missouri City, Texas 77459
*Improperly Named-Plaintiff*

By: */s/ Justin K. Cho*
J. Allen Smith
Texas Bar I.D. 18616900
Southern District No. 22526
*asmith@settlepou.com*
Jeremy J. Overbey
Texas Bar I.D. 24046570
Southern District No. 1129339
*joverbey@settlepou.com*
Justin K. Cho
Texas Bar I.D. 24101618
Southern District No. 3321485
*jcho@settlepou.com*
SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

*ATTORNEYS FOR DEFENDANTS,*
*LSF6 MID-SERVICER HOLDINGS, LLC,*
*LSF6 SERVICE OPERATIONS, LLC, AND*
*CALIBER HOME LOANS, INC.*

**Certificate of Service**

     I certify that this document was served in accordance with the Federal Rules of Civil Procedure on June 25, 2020, by the manner indicated upon the following persons:

<u>Via ECF:</u>
Law Office of Erick DeLaRue, PLLC
c/o Erick DeLaRue
2800 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
*Erick.delarue@delaruelaw.com*

*ATTORNEY FOR PLAINTIFF QUINTON CAVER*

<u>Via ECF and</u>
<u>CM/RRR No. 9414 7266 9904 2153 4064 44</u>
Willie H. Smith, El III
46 Sorrento Way Dr.
Missouri City, Texas 77459
*Plaintiff, Pro Se*

<u>Via ECF and</u>
<u>CM/RRR No. 9414 7266 9904 2153 4064 44</u>
 "The United States"
c/o Willie H. Smith, El III
46 Sorrento Way Dr.
Missouri City, Texas 77459
*Improperly Named-Plaintiff*

<u>Via ECF:</u>
Hopkins Law, PLLC,
c/o Mark D. Hopkins, Shelley L. Hopkins
3809 Juniper Trace, Suite 101
Austin, Texas 78738
*mark@hopkinslawtexas.com*
*shelley@hopkinslawtexas.com*

*ATTORNEYS FOR DEFENDANT,*
*BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, LLP*

                                       */s/ Justin K. Cho*
                                       Justin K. Cho