IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUINTON CAVER, WILLIE H. SMITH, EL III, AND UNITED STATES, | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 4:20-cv-01299 |
| v. | § § | |
| LSF6 MID-SERVICER HOLDINGS, LLC, LSF6 SERVICE OPERATIONS, LLC, CALIBER HOME LOANS, INC., AND BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, LLP, | § § § § § § § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed by and among Plaintiffs, Quinton Caver, Willie H. Smith, El III, and the "United States" (collectively, "**Plaintiffs**"), and Defendants, LSF6 Mid-Servicer Holdings, LLC, LSF6 Service Operations, LLC, Caliber Home Loans, Inc., and Barrett, Daffin, Frappier, Turner & Engel, LLP (collectively, "**Defendants**") (each, a "**Party**"; collectively, the "**Parties**"), that all of Plaintiff's claims asserted or which could have been asserted by Plaintiffs against Defendants in the above-referenced lawsuit are to be **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties agree that this Joint Stipulation of Dismissal with Prejudice shall be effective upon filing of same with the Clerk of the Court in the above-styled and numbered proceeding; and, would further move the Court for entry of the Parties' *proposed* Order Granting Joint Stipulation of Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED AND AGREED:**

| | |
|---|---|
| By: */s/ Erick DeLaRue (with permission)*<br>Erick DeLaRue<br>Texas Bar I.D. 24103505<br>Southern District No. 3087017<br>*Erick.delarue@delaruelaw.com*<br>Law Office of Erick DeLaRue, PLLC<br>2800 Post Oak Boulevard, Suite 1400<br>Houston, Texas 77056<br>Phone: (713) 899-6727<br>Fax: (713) 877-1827<br><br>*ATTORNEY FOR PLAINTIFF*<br>*QUINTON CAVER*<br><br>*/s/ Willie H. Smith, El III (with permission)*<br>Willie H. Smith, El III<br>46 Sorrento Way Dr.<br>Missouri City, Texas 77459<br><br>*Plaintiff, Pro-se*<br><br>By: */s/ Willie H. Smith, El III (with permission)*<br>"United States"<br>c/o Willie H. Smith, El III<br>46 Sorrento Way Dr.<br>Missouri City, Texas 77459<br><br>*Improperly Named-Plaintiff* | By: */s/ Justin K. Cho*<br>J. Allen Smith<br>Texas Bar I.D. 18616900<br>Southern District No. 22526<br>*asmith@settlepou.com*<br>Jeremy J. Overbey<br>Texas Bar I.D. 24046570<br>Southern District No. 1129339<br>*joverbey@settlepou.com*<br>Justin K. Cho<br>Texas Bar I.D. 24101618<br>Southern District No. 3321485<br>*jcho@settlepou.com*<br>SETTLEPOU<br>3333 Lee Parkway, Eighth Floor<br>Dallas, Texas  75219<br>(214) 520-3300<br>(214) 526-4145 (Facsimile)<br><br>*ATTORNEYS FOR DEFENDANTS,*<br>*LSF6 MID-SERVICER HOLDINGS, LLC,*<br>*LSF6 SERVICE OPERATIONS, LLC, AND*<br>*CALIBER HOME LOANS, INC.*<br><br>*/s/ Mark D. Hopkins   (with permission)*<br>Mark D. Hopkins<br>Texas Bar I.D. 00793975<br>Southern District Admission # 00793975<br>*mark@hopkinslawtexas.com*<br>Shelley L. Hopkins<br>Texas Bar I.D. 24036497<br>Southern District Admission # 24036497<br>*shelley@hopkinslawtexas.com*<br><br>HOPKINS LAW, PLLC<br>3809 Juniper Trace, Suite 101<br>Austin, Texas 78738<br>(512) 600-4320<br><br>*ATTORNEYS FOR DEFENDANT,*<br>*BARRETT, DAFFIN, FRAPPIER, TURNER &*<br>*ENGEL, LLP* |